1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10

11   IDOWU O. OGHOGHO,          )          CV 08-0226 LEW(JFM)PS
                                )
12        Appellant,            )          **ORDER TO SHOW CAUSE**
                                )          **DEMONSTRATING WHY THIS**
13                              )          **ACTION SHOULD NOT BE**
        v.                      )          **DISMISSED FOR LACK OF**
14                              )          **SUBJECT MATTER**
     IRS                        )          **JURISDICTION**
15                              )
                                )
16        Respondent.           )
     _____)
17

18        **IT IS ORDERED** that appellant show cause as to why this

19   action should not be dismissed for lack of subject matter

20   jurisdiction, or, in the alternative, remanded to state

21   court.

22

23        Federal Courts are courts of limited jurisdiction, and

24   the burden of establishing jurisdiction rests upon the party

25   asserting jurisdiction.  District courts have original

26   jurisdiction over: (1) civil actions against foreign states;

                                  1

1  (2) civil actions arising under the Constitution, laws, or

2  treaties of the United States; and (3) civil actions where

3  there is complete diversity of citizenship among the parties

4  and the amount in controversy exceeds $ 75,000, exclusive of

5  interest and costs.  28 U.S.C. § 1330 et seq.

6

7     Appellant has failed to address the issue of

8  jurisdiction in his complaint.  Appellant will be given

9  until April 11, 2008 to demonstrate why this case should not

10 be dismissed for lack of subject matter jurisdiction or

11 remanded to state court.

12

13 **IT IS SO ORDERED.**

14

15

                              /s/ Ronald S. W. Lew
16                            **RONALD S.W. LEW**
                              United States District Judge
17

18
   DATED: February 11, 2008.
19

20

21

22

23

24

25

26

                              2