IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWU O. OGHOGHO,

    Plaintiff,                    No. 08cv0226-JAM-JFM PS

   vs.

IRS,

    Defendant.                  <u>ORDER</u>
_____/

        By order filed May 2, 2008, plaintiff's complaint was dismissed for lack of subject matter jurisdiction and twenty days leave to file an amended complaint was granted.  The twenty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, this action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: June 20, 2008

                                  /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  United States District Judge

1